No. 83–7002.   POLIN ET UX. *v.* JEWS FOR JESUS ET AL.   Sup. Ct. Okla.   Certiorari denied.

No. 83–7004.   WEBER *v.* ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION.   C. A. 7th Cir.   Certiorari denied.

No. 83–7005.   SYKES *v.* BALILES, ATTORNEY GENERAL OF VIRGINIA.   C. A. 4th Cir.   Certiorari denied.

No. 83–7007.   IACIOFANO *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 83–7011.   BEAZLEY *v.* STATE BAR OF GEORGIA.   C. A. 11th Cir.   Certiorari denied.

No. 83–7012.   ESTRADA *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–7015.   TORNERO *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 83–7016.   LANDES *v.* SMITH, ATTORNEY GENERAL, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 83–7018.   RAKOSI *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 83–7020.   SCHRODER *v.* CITY OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–7022.   MOFFITT *v.* ARIZONA.   Ct. App. Ariz.   Certiorari denied.

No. 83–7023.   BUTLER *v.* MISSISSIPPI.   Cir. Ct. Miss., Neshoba County.   Certiorari denied.

No. 83–7026.   NAYLOR *v.* AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–7030.   COOPER *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–7031.   HUMPHREY *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.